THE HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ECKHARD BERNARDY,<br><br>                             Plaintiff,<br>-v.-<br><br>ROBERT A. POWELL,<br><br>                            Defendants. | No. C04-5604 RJB<br><br>CONSENT JUDGMENT |

Plaintiff, Eckhard Bernardy, filed this civil action against Defendant Robert A. Powell pursuant to 35 U.S.C. § 146, regarding claims 1 through 4 of U.S. Patent 5,875,700 (hereinafter referred to as the '700 patent) and claims 42-59 of U.S. Patent Application 09/035,936 (hereinafter referred to as the '936 application), following a final decision by the Board of Patent Appeals and Interferences granting priority to Defendant. The Complaint alleged that Plaintiff was the sole, true inventor of the subject matter described by claims 1-4 of U.S. patent '700 and claims 42-59 of U.S. patent application '936; that the '700 patent was invalid; and that Plaintiff was entitled to equitable relief of restitution, accounting, and disgorgement.

The parties stipulate to the entry of this Judgment in resolution of this suit and interference.

CONSENT JUDGMENT--1



This Court now being fully advised in the premises does now Order, Adjudge and Decree as follows:

1. This Court has jurisdiction over the parties under 28 U.S.C. §§1338, 1651, 2201, 2202, and as an action arising under laws of the United States, including 35 U.S.C. § 146 and 37 C.F.R. § 1.303-4, and venue over the parties under 28 U.S.C. §1391.

2. Plaintiff Bernardy is the true, first, original and sole inventor of the invention claimed in claims 1 through 4 of U.S. Patent 5,875,700 (hereinafter referred to as the '700 patent) and claims 42-59 of U.S. Patent Application 09/035,936 (hereinafter referred to as the '936 application), and is therefore entitled to priority as the inventor, pursuant to Sections 146, 102(f), and 102(g)(1) & (2) of the Patent Act, Title 35, United States Code.

3. That the '700 patent is invalid under 35 U.S.C. § 102(f) as derived from the Bernardy invention described in the '936 application.

4. That Defendant Powell, his agents, employees, successors, assigns and all those in privity with said Defendant or acting on his behalf or under his control are permanently enjoined from directly or indirectly making, , selling, or causing to be sold apparatus or devices embodying the invention claimed in claims 1 through 4 of the '700 patent or claims 42-59 of the '936 application.

5. That Defendant Powell will execute an assignment of all right and title to Canadian Patent Application CA 2209054 titled "Monocoque Pruning, Mulching and Cutting Blade," and any patents issuing therefrom, as well as executing any papers



needed to be filed with the Canadian Intellectual Property Office to make such assignment effective.

      6.    This Court shall retain jurisdiction and venue over the parties with regard to the Settlement Agreement which the parties have entered.

      7.    All other parties and claims are dismissed with prejudice.

      8.    Each party shall bear its own costs and attorney's fees.

      9.    An original copy of this judgment and order will be filed with the Director of the Patent and Trademark Office.

SO ORDERED AND ADJUDGED:

DATED this 7th day of November, 2005.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

CONSENT JUDGMENT--3



STIPULATED TO, AGREED TO AND APPROVED AS TO FORM:

          ECKHARD BERNARDY, PLAINTIFF

10/28/05         By   s/
Date             Eckhard Bernardy, Plaintiff

11/1/05           s/
Date             Kurt M. Rylander, WSBA 27819
                   Rylander & Associates P.C.
                   406 W. 12th St.
                   Vancouver, WA 98660
                   Telephone: (360) 750-9931
                   Of Attorneys for Eckhard Bernardy

          ROBERT A. POWELL, DEFENDANT

10/25/05         By   s/
Date             Robert A. Powell

10/26/05           s/
Date             William D. Robison, WSBA 13766
                   Caron Colven Robison & Shafton P.S.
                   900 Washington Street, Suite 1000
                   Vancouver, Washington 98660
                   Attorney for Defendant



RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931